MONTVILLE TOWNSHIP EDUCATION ASSOCIATION, ET AL. v. MONTVILLE TOWNSHIP BOARD OF EDUCATION.

March 25, 1986.

Petition for certification denied.

CHARLES G. KALKO, M.D., P.A. v. BARACO AUTO LEASING CORPORATION, ET AL.

March 25, 1986.

Petition for certification denied.

IN THE MATTER OF ATLANTIC CITY ELECTRIC COMPANY INCREASING ITS RATES FOR ELECTRIC SERVICE.

March 25, 1986.

Petition for certification denied.

EDWARD C. YEATS, SR., AND JULIA L. YEATS v. JEROME L. FECHTNER, D.D.S.

March 25, 1986.

Petition for certification denied.